IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRITTANY TOLAND,           )
                           )
          Plaintiff,       )
                           )
     v.                    )      1:21CV893
                           )
SANTANDER USA,             )
                           )
          Defendants.      )

**ORDER**

The Text Order and Recommendation of the United States Magistrate Judge was filed on November 27, 2021, with the court in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

                                          /s/   Thomas D. Schroeder
                                      United States District Judge

December 22, 2021